**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00607-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     SERGIO APODACA-GARCIA,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


       This will confirm that, due to a conflict in the Court's calendar, the status/scheduling hearing regarding Defendant Apodaca-Garcia set **February 8, 2011 is VACATED and RESET for Thursday, February 10, 2011 at 9:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.


Dated:  January 21, 2011
_____