**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00607-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      SERGIO APODACA-GARCIA,

        Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to Defendant's Notice of Disposition filed February 10, 2011 (Doc 13), a change of plea hearing regarding Defendant Apodaca-Garcia is set **Thursday, February 24, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: February 11, 2011